IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DERRICK E. RODGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  1:13-cv-062-MEF |
| ) | (WO – Do not Publish) |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order issued on July 7, 2014, it is the ORDER, JUDGMENT, and DECREE of the Court as follows:

(1)  With respect to all claims in this action, judgment is ENTERED in favor of Defendant United Parcel Service, Inc., and against Plaintiff Derrick E. Rodgers, with Plaintiff taking nothing by his claims.

(2)  Costs are TAXED against Plaintiff Derrick E. Rodgers, for which execution may issue.

(3)  The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 7th day of July, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE